UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
_____

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
_____

*In re* Amie Adelia Vague, *et al.*,   )   Case No.: 2:22mc3977-WKW
                                       )   (Middle District of Alabama)

## **ORDER**

To preserve and protect the dignity and solemnity of court proceedings, to promote public safety and the safety of the Court and its personnel, and to facilitate access to court functions by the public and court officers while allowing progressive use of electronic devices capable of aiding the resolution of motions and other matters, the Court ORDERS as follows:

1.      Court guests, including the press and non-participants, are prohibited from possessing and using any electronic devices in Courtrooms 2D, 2E or 2F during the upcoming hearings in this matter, except as allowed below. The attorneys and members of their respective staffs may possess and use electronic or photographic technology in the proceedings for the sole purpose of presenting evidence.

2.      Members of the press and media shall be allowed to possess cellular phones, laptop computers, and/or tablets in Courtroom 2D and the media room provided that these electronic devices shall be allowed: (1) for the purposes of taking notes, personal

communication unrelated to the proceedings, and accessing information only; and (2) on the condition that no photographs, audio or video recording, or live broadcasting, including digitally sharing, posting, or microblogging via social or other media, be conducted in the courthouse. All devices shall be registered with court security upon entry into the building.

All are reminded of the prohibitions regarding photographing, recording and/or broadcasting court proceedings. *See* Local Rule 83.4. Violators may face sanctions including contempt of court, restricted entry to future proceedings, denial of entry to future proceedings, or any other sanctions deemed necessary by the Court. *Id.* Nothing in this order shall be construed as an unreasonable restriction on the constitutional rights of any individual.

DONE and ORDERED May 19, 2022.

                                    /s/   W. Keith Watkins
                              UNITED STATES DISTRICT JUDGE
                              FOR THE COURT