UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

|  |  |  |
|---|---|---|
| *In re* **Amie Adelia Vague, et al.** | } } } | Case No. 2:22-mc-03977-WKW |

## MOTION TO OBTAIN TRANSCRIPTS

The undersigned counsel for *Walker* Counsel[1] hereby respectfully request that they be permitted to obtain transcripts of the proceedings and testimony from this Court's May 20, 2022 hearing, including those proceedings conducted by the Special Master, subject to counsel making suitable financial arrangements with the court reporters. *See* 28 U.S.C.A. § 753(b) ("Upon the request of any party to any proceeding which has been so recorded who has agreed to pay the fee therefor, or of a judge of the court, the reporter or other individual designated to produce the record

---

[1] *Walker* Counsel are: Adam Menke Katz, Andrew Daniel Barr, Carl Solomon Charles, Chase Strangio, Dale Melchert, Elizabeth Fri Reinhardt, James D. Esseks, Julie Michelle Veroff, Kaitlin Welborn, Katelyn Kang, Kathleen Roberta Hartnett, Latisha Gotell Faulks, Lisa Nowlin-Sohl, Lynly Serena Egyes, Malita Vencienzo Picasso, Milo Rohr Inglehart, Robby L.R. Saldaña, Sruti J. Swaminathan, Tara Lynn Borelli, Valeria Marie Pelet Del Toro, and Zoe Wynne Helstrom.

shall promptly transcribe the original records of the requested parts of the proceedings and attach to the transcript his official certificate, and deliver the same to the party or judge making the request.").

Respectfully submitted,

*/s/ Barry A. Ragsdale*
Barry A. Ragsdale
Robert S. Vance

**OF COUNSEL:**

**DOMINICK FELD HYDE, P.C.**
1130 22nd Street South, Suite 4000
Birmingham, Alabama 35205
Tel.: (205) 536-8888
bragsdale@dfhlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will give notice of such filing to all counsel of record.

*/s/ Barry A. Ragsdale*
OF COUNSEL