UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| *In re* Amie Adelia Vague, et al. | ) | Case No.: 2:22-mc-3977-WKW |
| | ) | (Middle District of Alabama) |

### ORDER

This matter is before the court on the informal request from counsel for the parties for a status conference. That request is **GRANTED**. The court will conduct a status conference via Zoom at **1:00 p.m.** on **June 17, 2022**. The conference call will be attended by counsel for the parties. In advance of the conference, counsel for the parties will receive an email with a link to join the conference.

As the undersigned have already explained, this inquiry arises from Judge Burke's April 18, 2022 Order in *Walker v. Marshall*, 5:22-cv-480-LCB (N.D. Ala.). (Doc. # 1 at 1). Judge Burke forwarded that order to the chief judge of each district in the state. (*Id.*). And, with the support of each district judge in the state, the chief judges impaneled this court to inquire about the issues raised in Judge Burke's order.

In this panel's order dated May 10, 2022, the court noted Judge Burke's order referenced conduct in *Walker* and *Ladinsky v. Ivey*, 5:22-cv-447-LCB (N.D. Ala.). (*Id.*). In his order, Judge Burke described a series of events that could be viewed as evidencing an intent to circumvent the practice of random case assignment in the District Courts for the Northern and Middle Districts of Alabama. (*Id.* at 1-3). The court notified counsel that the purpose of the hearing held on May 20,

2022, was to allow the panel under its inherent authority, to (1) address lawyer conduct that potentially abuses the judicial process, (2) begin an inquiry into the actions referenced in Judge Burke's order, and (3) provide counsel with an opportunity to respond to these concerns. (*Id.* at 5) (citing *Chambers v. NASCO, Inc.* 501 U.S. 32, 44-45 (1991); *Warner v. Tinder, Inc.*, 675 F. App'x 945, 946 (11th Cir. 2017)).

At the conference, counsel **SHALL** share with the court any suggestions about how the court can fairly and efficiently conclude this matter.

**DONE** and **ORDERED** this June 13, 2022.

_____
UNITED STATES DISTRICT JUDGE

_____
UNITED STATES DISTRICT JUDGE

_____
UNITED STATES DISTRICT JUDGE