UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| *In re* **Amie Adelia Vague, et al.** | ) | **Case No.: 2:22-mc-3977-WKW** |
| | ) | **(Middle District of Alabama)** |

## ORDER

Based upon the discussions during the status conference held this date, counsel for the parties are DIRECTED to file on or before **Friday, June 24, 2022, at 4:00 p.m., Central Time**, a consolidated statement that outlines a procedure for concluding this matter. To the extent there is lack of consensus among the parties as to the exact procedures, the differences shall be noted.

DONE this 17th day of June, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE
FOR THE COURT