UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| *In re* Amie Adelia Vague, *et al.* | } } } Case No. 2:22-mc-03977-WKW |

## JOINDER TO JOINT MOTION TO STAY PROCEEDINGS

The attorneys previously identified as "*Walker* Counsel,"[1] by and through their undersigned counsel, hereby join the *Ladinsky* Counsel's Joint Motion to Stay Proceedings ("Motion to Stay," Doc. 35), and request the same relief hereto—a stay of the deadline to submit declarations pursuant to the Panel's July 8, 2022 Order (Doc. 22, the "Order"), and of the hearing scheduled for August 3-4, 2022 in this matter. There are numerous motions pending before the Panel, the outcome of which affects the declarations ordered by the Panel, as well as the hearing set for August

---

[1] *Walker* Counsel consists of twenty-one lawyers from the five following organizations: ACLU National, ACLU of Alabama, Lambda Legal, Transgender Law Center, and Cooley LLP.

1

3-4.  *E.g.,* Docs. 24, 25, 26, 27, 32, 34, 37, 38.  As a result, denying a stay prejudices the subjects of this inquiry, including *Walker* Counsel, as well as their attorneys' ability to adequately to represent their clients; whereas granting a stay does not prejudice the Panel.  Accordingly, *Walker* Counsel join the Motion to Stay and respectfully request that the Panel stay the July 27, 2022 deadline to submit declarations and the August 3-4, 2022 hearing, until the Panel resolves the pending motions (Docs. 24, 25, 26, 27, 32, 34, 37, 38.)

                                                */s/ Barry A. Ragsdale*
                                                Barry A. Ragsdale
                                                Robert S. Vance, III

**OF COUNSEL:**

**DOMINICK FELD HYDE, P.C.**
1130 22nd Street South, Suite 4000
Birmingham, Alabama 35205
Tel.:  (205) 536-8888
bragsdale@dfhlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on July 22, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will give notice of such filing to all counsel of record.

                                              */s/ Barry A. Ragsdale*
                                              OF COUNSEL