UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| *In re* Amie Adelia Vague, *et al.* | ) ) ) | Case No.: 2:22-mc-3977-WKW |

## ORDER

This matter is before the Panel on the following motions: *Walker* Counsel's Motion to Modify Gag Order (Doc. # 23); Vague's Motion to Release Transcript (Doc. # 24); Shortnacy, Terry, and Ray's Motion to Release Transcript (Doc. # 25); Inglehart and Charles's Motion to Release Transcript (Doc. # 26); Levi's Motion to Clarify Scope of Gag Order (Doc. # 28); Veroff's Motion to Excuse Physical Attendance at Hearing (Doc. # 36); and *Walker* Counsel's Motion to Reconsider Order Denying Counsel Access to Court Transcripts (Doc. # 37). After careful consideration, the Panel **ORDERS** and **CLARIFIES** as follows:

1. *Walker* Counsel's Motion to Modify Gag Order (Doc. # 23) and Levi's Motion to Clarify Scope of Gag Order (Doc. # 28) are **GRANTED** to the limited extent that the July 8, 2022 Order (Doc. # 22) is **CLARIFIED** in the following respect: No party or attorney is permitted to disclose the contents of his or her declaration, the questions asked to him or her at the May 20, 2022 Hearing, or the answers he or she gave at the May 20, 2022 Hearing, in any manner that creates a substantial possibility that the information could reach any other individual who has been asked to submit a written

declaration or who has provided or has been asked to provide oral testimony. For example, disclosure to the media is prohibited. Any individual's confidential disclosure to his or her own counsel is not prohibited.

2. It is the Panel's understanding that Levi's (and co-counsel's) appellate brief is due on August 10, 2022. To the extent that further clarification is needed, the Panel will address this request at the August 3-4, 2022 Hearing.

3. Veroff's Motion to Excuse Physical Attendance at Hearing (Doc. # 36) is **GRANTED**. Attorney Veroff is excused from physically appearing at the August 3-4, 2022 Hearing in this matter. However, Attorney Veroff **SHALL** provide a declaration as required by previous order of the court. At the court's discretion, Attorney Veroff **MAY** be required to provide testimony by Zoom or telephone.

4. Vague's Motion to Release Transcript (Doc. # 24) is **GRANTED**; Shortnacy, Terry, and Ray's Motion to Release Transcript (Doc. # 25) is **GRANTED IN PART**; and Inglehart and Charles's Motion to Release Transcript (Doc. # 26) is **GRANTED**. The court reporter is **DIRECTED** to provide each of the following attorneys a copy of the official transcript of the statements and/or testimony he or she gave at the May 20, 2022 Hearing: Amie A. Vague, Abigail Hoverman Terry, Milo Rohr Inglehart, and Carl Solomon Charles. The transcript should include only the questions posed and the statements and/or testimony given by the particular attorney, with all other portions redacted, and each attorney is **DIRECTED** not to disclose his or her transcript to anyone other than his or her counsel.

5. Amie A. Vague, Abigail Hoverman Terry, Milo Rohr Inglehart, and Carl Solomon Charles **SHALL** file their declarations to the Panel *in camera* pursuant to 28 U.S.C. § 1746 **on or before August 1, 2022, at 4:00 P.M. Central Daylight Time.**

6. Because Michael B. Shortnacy and Brent P. Ray did not provide substantive testimony (other than identifying themselves as decisionmakers) at the May 10, 2022 Hearing, in the interest of efficiently resolving this matter, Shortnacy, Terry, and Ray's Motion to Release Transcript (Doc. # 25) is **DENIED IN PART**, particularly as it relates to Shortnacy and Ray.

7. *Walker* Counsel's Motion to Reconsider Order Denying Counsel Access to Court Transcripts (Doc. # 37) is **DENIED**.

8. The Clerk of Court is **DIRECTED** to serve copies of this Order, the contemporaneously entered Order, and documents numbers 1, 6, and 22 on Shannon Minter at the following address and at the following fax number: 870 Market Street, Suite 370, San Francisco, CA 94102, facsimile (415) 392-8442.

*[Signature]*
UNITED STATES DISTRICT JUDGE
FOR THE PANEL