UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| *In re* Amie Adelia Vague, *et al.* | Case No. 2:22-mc-03977-WKW |

## NOTICE AND OBJECTIONS REGARDING DECLARATIONS

The attorneys previously identified as "*Walker* Counsel"[1] hereby respectfully submit this Notice and Objections Regarding Declarations to address certain evidentiary issues in connection with the Panel's July 8, 2022 Order (Doc. 22, the "July 8 Order") and July 25, 2022 Order (Doc. 41, the "July 25 Order").

1.  As required by the July 8 Order, the following members of *Walker* Counsel (the "Declarants") submit contemporaneously with this Notice declarations for *in camera* review:

---

[1] *Walker* Counsel comprises twenty-one lawyers from the following five entities: ACLU National, ACLU of Alabama, Lambda Legal, Transgender Law Center, and Cooley LLP.

1

| | |
|---|---|
| James Esseks, ACLU | Kathleen R. Hartnett, Cooley LLP |
| Lynly S. Egyes, Transgender Law Center | Valeria M. Pelet del Toro, Cooley LLP |
| Tara Borelli, Lambda Legal | Julie Veroff, Cooley LLP |

2. Declarants Carl Solomon Charles (Lambda Legal) and Milo Inglehart (Transgender Law Center) shall submit their declarations on or before August 1, 2022, as provided for in the July 25 Order. (Doc. 25 at 4 n.3.)

3. As clarified by the July 25 Order, the Panel "is not seeking the disclosure of privileged *communications*." Doc. 41 at 3 (emphasis in original). Accordingly, the Declarants have not disclosed the content of any privileged communications.

4. On the advice of counsel (*see* Ragsdale Decl. ¶ 2), Declarant Milo Inglehart is not disclosing the "Q&A document" initially requested by the July 8 Order (Doc. 22 at 2 n.1) because it qualifies as a "privileged communication" exempt from disclosure pursuant to the July 25 Order.

5. As explained in detail in *Walker* Counsel's Motion for Protective Order (Doc. 34), and the Declaration of James D. Esseks submitted thereto (Doc. 34-1), the Q&A document is a confidential communication between *Walker* Counsel and their attorney, Mr. Ragsdale, for the purpose of obtaining and providing legal advice and assistance. *See Cox v. Admin. U.S. Steel & Carnegie*, 17 F.3d 1386, 1414 (11th Cir. 1994).

6. *Walker* Counsel continue to maintain their objection to the forced disclosure of attorney work product, whether *in camera* or otherwise, including the Q&A document and any other work product information related to preparing for the May 20, 2022 hearing. *See Hickman v. Taylor*, 329 U.S. 495, 510 (1947) ("Not even the most liberal of discovery theories can justify unwarranted inquiries into the files and the mental impressions of an attorney.").

7. Nonetheless, on the advice of counsel (Ragsdale Decl. ¶ 4), and in compliance with the July 8 and July 25 Orders, certain of the Declarants have included in their declarations information that is otherwise protected by the attorney work product doctrine, but nothing that relates to the preparation for the May 20, 2022 hearing.

8. To preserve *Walker* Counsel's objections to disclosing such protected information, statements that convey information protected by the attorney work product doctrine have been marked with blue highlight in the accompanying declarations. At the Panel's request, *Walker* Counsel is prepared to submit a log documenting each instance of the Panel's compelled disclosure of otherwise protected information.

9. The Declarants' compliance with the Panel's Orders regarding disclosure of work product information does not, in any way, mean that Declarants are waiving that protection.

          */s/ Barry A. Ragsdale*
          Barry A. Ragsdale

**OF COUNSEL:**

**DOMINICK FELD HYDE, P.C.**
1130 22nd Street South, Suite 4000
Birmingham, Alabama 35205
Tel.:  (205) 536-8888
bragsdale@dfhlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 27, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will give notice of such filing to all counsel of record.

                                            */s/ Barry A. Ragsdale*
                                            OF COUNSEL