UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| *In re* **Amie Adelia Vague, et al**   ) | Case No. 2:22-mc-03977-WKW |
| ) | (Middle District of Alabama) |

### DECLARATION OF BARRY A. RAGSDALE IN SUPPORT OF NOTICE AND OBJECTIONS REGARDING DECLARATIONS

I, BARRY RAGSDALE, declare:

1. I am counsel to the individuals that comprise *Walker* Counsel[1] in the above captioned matter. As such, I am familiar with this proceeding, and the matters stated herein are based upon my personal knowledge, information and belief.

2. Consistent with the Panel's July 25, 2022 Order (Doc. 41), I have advised and directed my client Milo Inglehart, one of the individual members of

---

[1] *Walker* Counsel comprises twenty-one lawyers from the following five entities: ACLU National, ACLU of Alabama, Lambda Legal, Transgender Law Center, and Cooley LLP.

*Walker* Counsel, to withhold from disclosure the "Q&A document" identified in the Panel's July 8, 2022 Order (Doc. 22 at 2 n.1) on the basis of attorney client privilege.

3. Consistent with the Panel's July 25, 2022 Order (Doc. 41), I have advised and directed all of my clients who have been ordered to provide this Panel with declarations to refrain from disclosing any privileged communications regarding the preparation for the May 20, 2022 hearing.

4. As compelled by the Panel's July 25, 2022 Order (Doc. 41 at 2-3), I have advised members of *Walker* Counsel who have been directed by the Panel to submit declarations (Doc. 22 at 2) to include information that is otherwise protected by the attorney work product doctrine.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Dated:  July 27, 2022
Birmingham, Alabama

                                                */s/ Barry A. Ragsdale*
                                                Barry A. Ragsdale