UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| *In re* **Amie Adelia Vague, et al.** | ) | Case No.: 2:22-mc-3977-WKW |
| | ) | (Middle District of Alabama) |

## ORDER

It is ORDERED that Milo Rohr Inglehart is excused from attending the hearing on August 3 and August 4, 2022.

DONE this 2nd day of August, 2022.

                                    /s/ W. Keith Watkins
                              UNITED STATES DISTRICT JUDGE
                              FOR THE COURT