UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| *In re* **Amie Adelia Vague,** *et al.* | ) ) ) | Case No.: 2:22-mc-3977-WKW |

## ORDER

After careful consideration of the oral and written testimony in this matter, the Panel **TERMINATES** this inquiry as to the following attorneys and **RELEASES** them from any obligation under the May 10, 2022 and July 8, 2022 Orders:

- Amie Adelia Vague
- Adam Menke Katz
- Andrew Daniel Barr
- Chase Strangio
- Dale Melchert
- Elizabeth Fri Reinhardt
- Julie Michelle Veroff
- Kaitlin Welborn
- Katelyn Kang
- Lisa Nowlin-Sohl
- Malita Vencienzo Picasso
- Milo Rohr Inglehart
- Robby L.R. Saldana
- Sruti J. Swaminathan
- Valeria Marie Pelet del Toro
- Zoe Wynne Helstrom
- Abigail Hoverman Terry
- Adam Reinke
- Gilbert Oladeinbo
- J. Andrew Pratt
- Misty L. Peterson

The inquiry has produced no evidence of intent by the foregoing attorneys to circumvent the practice of random case assignment in the District Courts for the Northern and Middle Districts of Alabama.  (*See* Doc. # 1, at 1–2.) To be clear, the Panel continues to confer about the next steps in this matter.

Entered this 23rd day of September, 2022.

                                                <u>/s/ W. Keith Watkins</u>
                                                UNITED STATES DISTRICT JUDGE
                                                FOR THE PANEL