UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| *In re* **Amie Adelia Vague,** *et al.* | ) ) ) | Case No.: 2:22-mc-3977-WKW |

## ORDER

The preliminary proceeding in this matter will continue at **9:00 a.m. Central Time on November 3–4, 2022**, in Courtroom 2F of the Frank M. Johnson Jr. U.S. Courthouse in Montgomery, AL. The attorneys who are represented by Robert D. Segall—Asaf Orr, Sarah Warbelow, Cynthia Weaver, Jennifer L. Levi, Scott D. McCoy, Jessica L. Stone, and Diego Armando Soto—shall appear in person and give statements and answer questions under oath and subject to sequestration orders. These attorneys may have their counsel present in the proceeding.

Entered this 29th day of September, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE
FOR THE PANEL