**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

---

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**

---

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**

---

*In re* Amie Adelia Vague *et al.*          Case No. 2:22-mc-03977-WKW

## MOTION OF JENNIFER LEVI, SHANNON MINTER, ASAF ORR and SCOTT MCCOY FOR TRANSCRIPT OF HEARING HELD BEFORE THE PANEL ON NOVEMBER 3-4, 2022, AND FOR TRANSCRIPTS OF TESTIMONY GIVEN BEFORE HONORABLE BERNARD HARWOOD

COME NOW the above-named Movants, by and through undersigned counsel, and move this Honorable Court to make available to the undersigned the transcript of the hearing held before the Court on November 3, 2022, and November 4, 2022, and all transcripts of testimony given before Justice Bernard Harwood, and as ground for said motion, show unto the Court as follows:

1.      The Court has now finished its hearings and has issued its final report. The undersigned needs the transcript to prepare for whatever, if any, further proceedings there may be.

Respectfully submitted this 6th day of October, 2023.

s/*Robert D. Segall*

Robert D. Segall

COPELAND, FRANCO, SCREWS & GILL, P.A.

444 South Perry Street

Post Office Box 347

Montgomery, Alabama 36101-0347

Phone: (334) 834-1180

Fax: (334) 834-3172

Email: segall@copelandfranco.com

*Counsel for Asaf Orr, Sarah Warbelow, Cynthia Weaver, Jennifer L. Levi, Scott D. McCoy, Jessica L. Stone, and Diego Armando Soto*

## CERTIFICATE OF SERVICE

I certify that on October 6, 2023, I filed the foregoing electronically with the Clerk of Court using the CM/ECF system, which will automatically serve all counsel of record.

/s/ *Robert D. Segall*

Of Counsel