UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

|  |  |  |
|---|---|---|
| *In re* **Amie Adelia Vague,** *et al.* | ) ) ) | Case No.: 2:22-mc-3977-WKW **(UNDER SEAL)** |

## ORDER DIRECTING THE FILING OF TRANSCRIPTS

The court reporter is DIRECTED to file under seal the transcripts of the proceedings from November 3–4, 2022, August 3–4, 2022, and June 17, 2022. The court reporter further is DIRECTED to file under seal the transcripts of the two proceedings held on May 20, 2022.

DONE this 10th day of October, 2023.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE
FOR THE COURT