**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

---

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**

---

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**

---

| | |
|---|---|
| *In re* **Amie Adelia Vague,** *et al.* ) | Case No.: 2:22-mc-3977-WKW |
| ) | **(UNDER SEAL)** |

## ORDER DIRECTING THE FILING OF DECLARATIONS

By Order entered on July 8, 2022 (Doc. # 22), the three-judge panel directed the following twenty-one attorneys to submit declarations *in camera*:

1. Melody H. Eagan;
2. Jeffrey P. Doss;
3. Amie A. Vague;
4. Brent P. Ray;
5. Michael B. Shortnacy;
6. Scott D. McCoy;
7. Sarah Warbelow;
8. James D. Esseks;
9. Lynly S. Egyes;
10. Asaf Orr
11. Cynthia Weaver
12. Diego A. Soto;
13. Julie Veroff;
14. Valeria M. Pelet del Toro;
15. Kathleen R. Hartnett;
16. Jennifer L. Levi;
17. Tara Borelli;
18. Abigail Hoverman Terry;
19. Milo Inglehart;
20. Carl Solomon Charles; and
21. Shannon Minter

To preserve the record, the Clerk of Court is DIRECTED to file the attached twenty-one declarations under seal.[1]

DONE this 11th day of October, 2023.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE
FOR THE COURT

---

[1] The blue highlights in eight of the declarations were made by the attorneys, and not by the Panel. (*See* Doc. # 42 ¶ 8.)