# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| *In re* **Amie Adelia Vague,** *et al.* | ) ) ) | Case No.: 2:22-mc-3977-WKW |

## ORDER

Before Proctor, D.J., Watkins, D.J., and Beaverstock, D.J.:

FOR THE PANEL:

On the Panel's own motion, this case is **REOPENED**. The Panel's Final Report of Inquiry (Doc. 70) is neither a final decision under 28 U.S.C. § 1291 nor an interlocutory decision under 28 U.S.C. § 1292 and requires further proceedings before the Honorable Liles C. Burke. The Final Report was served on Judge Burke "so that he may proceed as appropriate." To effectuate that Order (Doc. 70), the Clerk of Court is **DIRECTED** to transfer this case to Judge Burke for further proceedings. Those proceedings may include, but are not limited to, accepting, rejecting, or modifying in whole or in part the Panel's findings and making additional findings of fact as necessary.

**DONE** and **ORDERED** this November 3, 2023.

                                            ___/s/ W. Keith Watkins_____
                                            **W. KEITH WATKINS**
                                            SENIOR UNITED STATES DISTRICT JUDGE
                                            MIDDLE DISTRICT OF ALABAMA
                                            (DESIGNATED BY CHIEF JUDGE EMILY C.
                                            MARKS)