**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, ROOM B-110

MONTGOMERY, ALABAMA 36104

TREY GRANGER, CLERK                                                                                           TELEPHONE (334) 954-3600

November 3, 2023

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re:   In re Amie Adelia Vague, et al (Panel: Judge Watkins, Judge Proctor, Judge Beaverstock)
       Civil Action No.   2:22-mc-03977-WKW

The above-styled case has been reassigned to Judge Liles C. Burke.

Please note that the case number is now **2:22-mc-03977-LCB.** The new case number should be used on all future correspondence and pleadings.