No. 23-13524-G

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

IN RE: JAMES ESSEKS, ET AL.,

(MELODY H. EAGAN & JEFFREY P. DOSS)

*Respondents-Appellants.*

On Appeal from the United States District Courts
for the Southern District of Alabama, Middle District of Alabama, &
Northern District of Alabama
(Case No. 2:22-MC-3977)

## APPELLANTS MELODY H. EAGAN AND JEFFREY P. DOSS'S MOTION TO DISMISS APPEAL

Samuel H. Franklin
*sfranklin@lightfootlaw.com*
M. Christian King
*cking@lightfootlaw.com*
LIGHTFOOT, FRANKLIN & WHITE LLC
400 20th Street North
(205) 581-0700
(205) 581-0799 (fax)
***Counsel for Respondents-Appellants***
***Melody H. Eagan and Jeffrey P. Doss***

*In re: James Esseks, et al.*
*Appeal No. 23-13524-G*

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rules 26.1-1 and 26.1-3, Respondents-Appellants Melody H. Eagan and Jeffrey P. Doss state that they are individuals and that the following persons or entities may have an interest in the outcome of this appeal:

1. American Civil Liberties Union – Counsel for Respondents

2. American Civil Liberties Union of Alabama – Counsel for Respondents

3. Assaf, Eugene F. – Counsel for Respondents

4. Axon, Hon. Annemarie C. – U.S. District Judge

5. Badham & Buck, LLC – Counsel for Respondents

6. Bainbridge Mims Rogers & Smith, LLP – Counsel for Respondents

7. Barr, Andrew Daniel – Respondent

8. Beaverstock, Hon. Jeffrey U. – U.S. District Judge

9. Borelli, Tara Lynn – Respondent

10. Buck, Brannon J. – Counsel for Respondents

C-1 of 6

*In re: James Esseks, et al.*
*Appeal No. 23-13524-G*

11. Burke, Hon. Liles C. – U.S. District Judge

12. Capone, Russell – Counsel for Respondents

13. Charles, Carl Solomon – Respondent

14. Coogler, Hon. L. Scott – U.S. District Judge

15. Cooley LLP – Counsel for Respondent

16. Copeland Franco Screws & Gill – Counsel for Respondents

17. Del Toro, Valeria Marie Pelet – Respondent

18. Doss, Jeffrey P. – Appellant-Respondent

19. Driver, Christopher B. – Counsel for Respondents

20. Dominick Feld Hyde, P.C. – Counsel for Respondents

21. Eagan, Melody H. – Appellant-Respondent

22. Eggleston, W. Neil – Counsel for Respondents

23. Egyes, Lynly Serena – Respondent

24. Esseks, James D. – Respondent

25. Faulks, LaTisha Gotell – Respondent

26. Franklin, Samuel H. – Counsel for Appellant-Respondent

27. GLBTQ Advocates & Defenders – Counsel for Respondents

28. Hartnett, Kathleen Roberta – Respondent

29. Harwood Jr., R. Bernard – Special Master

*In re: James Esseks, et al.*
*Appeal No. 23-13524-G*

30. Helstrom, Zoe Wynne – Respondent

31. Human Rights Campaign Foundation – Counsel for Respondents

32. Ialacci, Brett A. – Counsel for Respondents

33. Inglehart, Milo Rohr – Respondent

34. Kang, Katelyn – Respondent

35. Katz, Adam Menke – Respondent

36. King & Spalding LLP – Counsel for Respondents

37. King, M. Christian – Counsel for Appellant

38. Kirkland & Ellis LLP – Counsel for Respondents

39. Kutcher, Matthew L. – Counsel for Respondents

40. Lambda Legal – Counsel for Respondents

41. Lightfoot, Franklin & White, LLC – Counsel for Appellants

42. Levi, Jennifer L. – Respondent

43. Marks, Hon. Emily C. – U.S. District Judge

44. McCoy, Scott D. – Respondent

45. Melchert, Dale – Respondent

46. Minter, Shannon – Respondent

*In re: James Esseks, et al.*
*Appeal No. 23-13524-G*

47. National Center for Lesbian Rights – Counsel for

    Respondents

48. Nowlin-Sohl, Lisa – Respondent

49. Oladeinbo, Gilbert – Respondent

50. Orr, Asaf – Respondent

51. Pacheco, Byron – Counsel for Respondents

52. Peterson, Misty L. – Respondent

53. Picasso, Malita Vencienzo – Respondent

54. Pratt, J. Andrew – Respondent

55. Proctor, Hon. R. David – U.S. District Judge

56. Ragsdale, Barry A. – Counsel for Respondents

57. Ray, Brent P. – Respondent

58. Reinhardt, Elizabeth Fri – Respondent

59. Reinke, Adam – Respondent

60. Rogers, Bruce F. – Counsel for Respondents

61. Saldana, Robby L.R. – Respondent

62. Segall, Robert D. – Counsel for Respondents

63. Shortnacy, Michael B. – Respondent

64. Soto, Diego Armando – Respondent

*In re: James Esseks, et al.*
*Appeal No. 23-13524-G*

65. Southern Poverty Law Center – Counsel for Respondents

66. Stone, Jessica L. – Respondent

67. Strangio, Chase – Respondent

68. Swaminathan, Sruti J. – Respondent

69. Terry, Abigail Hoverman – Respondent

70. Transgender Law Center – Counsel for Respondents

71. Vague, Amie A. – Respondent

72. Vance III, Robert S. – Counsel for Respondents

73. Veroff, Julie Michelle – Respondent

74. Warbelow, Sarah – Respondent

75. Watkins, Hon. W. Keith – U.S. District Judge

76. Weaver, Cynthia Cheng-Wun – Respondent

77. Welborn, Kaitlin – Respondent

78. Wheeler, Jennifer H. – Former Counsel for Respondents

*In re: James Esseks, et al.*
*Appeal No. 23-13524-G*

        <u>M. Christian King</u>
        Counsel for Melody H. Eagan and
        Jeffrey P. Doss

        Samuel H. Franklin
        *sfranklin@lightfootlaw.com*
        M. Christian King
        *cking@lightfootlaw.com*
        LIGHTFOOT, FRANKLIN
        & WHITE LLC
        400 20th Street North
        Birmingham, Alabama 35203
        (205) 581-0700
        (205) 581-0799 (fax)

        Dated: <u>November 6, 2023</u>

<u>APPELLANTS MELODY H. EAGAN AND JEFFREY P. DOSS'S
MOTION TO DISMISS APPEAL</u>

Appellants Melody H. Eagan and Jeffrey P. Doss respectfully request that the Court dismiss this appeal due to a lack of appellate jurisdiction. In further support, Appellants state as follows:

1.   On October 3, 2023, a three-judge panel issued under seal a Final Report of Inquiry ("Final Report") in *In re: Amie Adelia Vague, et al.* ("*In re: Vague*"), Case No. 2:22-MC-3977. (Doc. 70). The panel closed the case. *Id.*

2.   On October 23, 2023, Appellants timely filed their notice of appeal. (Doc. 87).

3.   On November 3, 2023, the panel re-opened *In re: Vague* and directed the Clerk of Court to reassign the case to Judge Liles C. Burke "for further proceedings." (Doc. 99). As the panel clarified, Judge Burke may "accept[], reject[], or modify[] in whole or in part" the Final Report. *Id.* The Final Report, therefore, is no longer a "final decision" within the meaning of 28 U.S.C. § 1291.

4.   Without a "final decision," the Court presently lacks appellate jurisdiction to review the Final Report. 28 U.S.C. § 1291 ("The courts of appeals . . . shall have jurisdiction of appeals from all final decisions of

1

the district courts of the United States . . . ."); *Jenkins v. Prime Ins. Co.*, 32 F.4th 1343, 1345 (11th Cir. 2022) (noting that a "final decision" is "one that ends the litigation on the merits and leaves nothing for the court to do but execute the judgment").

Because there is no longer a "final decision" in *In re: Vague*, Appellants respectfully request that the Court dismiss this appeal due to a lack of appellate jurisdiction.

          Respectfully Submitted,

          <u>M. Christian King</u>
          Counsel for Melody H. Eagan and Jeffrey P. Doss

          Samuel H. Franklin
          *sfranklin@lightfootlaw.com*
          M. Christian King
          *cking@lightfootlaw.com*
          LIGHTFOOT, FRANKLIN
          & WHITE LLC
          400 20th Street North
          Birmingham, Alabama 35203
          (205) 581-0700
          (205) 581-0799 (fax)

          Dated: <u>November 6, 2023</u>

CERTIFICATE OF SERVICE

I certify that, on November 6, 2023, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system and that notice of such filing was made through the CM/ECF system or by U.S. mail, postage prepaid, to all counsel of record.

*M. Christian King*
OF COUNSEL

CERTIFICATE OF COMPLIANCE

I certify that the foregoing document complies with the volume limitations of Federal Rule of Appellate Procedure 27(d) because it contains 279 words, as created and counted by Microsoft Word, excluding any items that may be excluded under Federal Rule of Appellate Procedure 32(f).

*M. Christian King*
OF COUNSEL
